# United States District Court
## Violation Notice

CVB Location Code: NJ14

Violation Number: 0834528
Officer Name (Print): Gates
Officer No: 6814

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense (mm/dd/yyyy): 07/09/2007  0116
Offense Charged ☒ CFR ☐ USC ☐ State Code: 36CFR34.25
☒ State Code: USC 39:4-50
Offense Description: Lewistown Rd at Pointville Rd
Driving While Intoxicated
-MVA-

### DEFENDANT INFORMATION
Last Name: McClary
First Name: Jason
MI: D
Phone: (609) 723-0326

Street Address: 1-F Byron Dr
City: Wrightstown
State: NJ
Zip Code: 08562

Drivers License No: [illegible]
D.L. State: NJ
Social Security No: —
Date of Birth (mm/dd/yyyy): [illegible]

☒ Adult ☐ Juvenile   Sex ☒ Male ☐ Female
Hair: BLK   Eyes: Brn   Height: 5-8   Weight: 140

### VEHICLE DESCRIPTION
Tag No: VZ9Q23K
State: NJ
Year: 91
VIN: 4T2SV2IE9ML339110
Make/Model: Toyota
Color: Burg

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

PAY THIS AMOUNT → $____ Forfeiture Amount
+ $25 Processing Fee
$____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: FORT DIX COURTROOM
BUILDING 5410
DELAWARE AVE
FORT DIX NJ 08640

Date (mm/dd/yyyy): 09/26/2007
Time (hh:mm): 8:00am

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: [signature]

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 09 July 2007 while exercising my duties as a law enforcement officer in the Burlington District of New Jersey

Defendant was operating a motor vehicle involved in a single vehicle crash. Defendant had a strong odor of an intoxicating beverage emitting from his breath, was unable to maintain his balance while standing normally and had no ability to follow directions. Slurred-slow speech & poor manual dexterity

The foregoing statement is based upon:
☒ my personal observation  ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge

Executed on: 07/09/2007  Officer's Signature: [signature]

Probable cause has been stated for the issuance of a warrant

Executed on: Date (mm/dd/yyyy) _____  U.S. Magistrate Judge

CVR Scan 7/97/2007 10:56:47

MPR#02812-07