# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

Federal Court Building
Building # 5410 Delaware Avenue
Fort Dix, New Jersey 08640
(609) 562-6652

Violation #: 0834528

UNITED STATES OF AMERICA ]
]
v. ]
]
]
McClary, Jason ]
    Defendant ]

## ORDER

**Imposing Penalty Provisions of NJSA 39:4-50 & Program Requirements of the Intoxicated Driver Resource Centers**

**(IDRCs) ---- ASSIMILATED UNDER 32 CFR 634.25(f)**

The defendant, **Jason McClary**, more fully described below, having been charged with a violation of NJSA 39:4-50(f) and 32 CFR 634.25(f) on 7/8/07, and having been convicted of same, it is on this date

**ORDERED** that,

1. Defendant shall **pay a fine of** $ 300 fine + $5.00 Special Assessment, and $25
2. Defendant's **driving privileges re hereby suspended** for a period of 3 months; and + 2 months
3. Defendant shall be **detained** for a minimum of 12 hrs during 2 consecutive days to be served as prescribed by the program requirements of the New Jersey Intoxicated Driver Resource Centers. Defendant shall be notified by the IDRC/Bureau of Alcohol Countermeasures as to the place and time that the period of detainment will be served; and
4. Defendant shall serve a **term of imprisonment** for N/A days to begin on N/A and to be served at _____; and
5. Defendant shall serve a **period of community service** of N/A; and
6. Defendant shall be **placed on probation** for a period of 1 year unsupervised; and

It is further **ORDERED** that, defendant shall be required to satisfy the screening, evaluation, referral and program requirements of the State of New Jersey Bureau of Alcohol Countermeasures and the Intoxicated Driver Resource Centers. Failure to satisfy such requirements shall result in a mandatory two day term of imprisonment in a federal prison and a driver license revocation or suspension until such requirements are satisfied, unless stayed by court order in accordance with NJSA 39:5-22.

DATE: 3/13/08

_____
**HONORABLE ANTHONY R. MAUTONE**
**UNITED STATES MAGISTRATE JUDGE**

## ACKNOWLEDGMENT OF RECEIPT

I, **Jason McClary**, defendant, understand the consequences of failure to meet the requirements of the above referenced program. I further certify the following information is correct and acknowledge receipt of a copy and understand this ORDER.

DATE:

_____
Jason McClary, Defendant

Address: 1-F Byron Drive, Wrightstown, NJ 08562
Phone: _____ DOB: _____ Sex: **male**
DL #: _____ ST: **New Jersey**
cc:     Jason McClary, Defendant
       United States Department of Probation
       New Jersey Division of Motor Vehicles, Bureau of Court Reports and Fines
       Special Assistant United States Attorney