**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

Federal Court Building
Building # 5410 Delaware Avenue
Fort Dix, New Jersey 08640
(609) 562-6652

Violation #: 0834528

UNITED STATES OF AMERICA ]
] NOTICE TO DEFENDANT FOLLOWING CONVICTION UNDER
] NJSA 39:4-50(a) ---- ASSIMILATED UNDER 32 CFR 634.25(f)
v. ]
]
McClary, Jason ]

    This is to inform you that as a person convicted of a violation of NJSA 39:4-50(a), operating a motor vehicle while, or allowing operation of a motor vehicle by a person who is, under the influence of liquor or drugs, that if you are convicted of driving while on the revoked list for a drivers's license revocation imposed as a result of this conviction, you shall be subject to the penalties established by NJSA 39:3-40 for that violation. Notwithstanding the other penalty provisions of NJSA 39:3-40 for driving while on the revoked list, the penalties for driving on the revoked list while under suspension for a violation of NJSA 39:3-50(a) is a **fine of $500.00, an additional period of driver's license suspension of not less than one year or more than two years and imprisonment for not less than 10 days or more than 90 days.**

    This is to further inform you that the penalties for a second offense under NJSA 39:4-50(a), operating a motor vehicle while, or allowing operation of a motor vehicle by a person who is, under the influence of liquor or drugs, are a **fine of not less than $500.00 nor more than $1,000, 30 days community service, imprisonment for not less than 48 consecutive hours,** which shall not be suspended or served on probation, **nor more than 90 days, and driver's license suspension for two years.** You shall be required to install an ignition interlock device or shall have your registration certificate and registration plates revoked for two years.

    This is to further inform you that the penalties for a third or subsequent offense under NJSA 39:4-50(a), operating a motor vehicle while, or allowing operation of a motor vehicle by a person who is, under the influence of liquor or drug, are **a fine of $1,000, imprisonment for not less than 180 days,** which may be lowered by up to 90 days for each day served participating in a drug or alcohol in-patient rehabilitation program approved by the Intoxicated Driver Resource Center, **and driver's license suspension for 10 years.** You also shall be required to install an ignition interlock device or shall have your registration certificate and registration plates revoked for 10 years.

DATE: 3/13/08

_____
HONORABLE ANTHONY R. MAUTONE
UNITED STATES MAGISTRATE JUDGE

**ACKNOWLEDGMENT OF RECEIPT**

    I, **Jason McClary**, defendant, having been convicted of a violation of NJSA 39:4-50(a) and 32 CFR 634.25(f), before the above referenced United States District Court, hereby acknowledge receipt of a written notice of penalties for driving on the revoked list while suspended for a violation of NJSA 39:4-50(a) and also for the penalties for a second, third or subsequent violations of NJSA 39:4-50(a). I have also been informed of these consequences by the United States Magistrate Judge or the Prosecutor orally in open court.

DATE:

_____
Jason McClary, Defendant

cc: **Jason McClary,** Defendant
United States Department of Probation
New Jersey Division of Motor Vehicles, Bureau of Court Reports and Fines
Special Assistant United States Attorney